# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

In re:
   CHARLESTON ASSOCIATES, LLC,

      Debtor,

CHARLESTON ASSOCIATES, LLC,

      Plaintiff,

vs.

RA SOUTHEAST LAND COMPANY, LLC;
CITY NATIONAL BANK

      Defendant.

Case No. 10-11970(KJC)
District of Delaware

Chapter 11

Adversary Case No.: 10-1452-LBR

2:11-cv-02023-LDG-PAL

**ORDER**

     The court hereby RECUSES from this case, and the Clerk of Court is DIRECTED to reassign it.

     SO ORDERED.

DATED this 19th day of December, 2011.

_____
Lloyd D. George
United States District Judge