**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>   CHARLESTON ASSOCIATES, LLC, | Case No. 10-11970(KJC)<br>District of Delaware |
|    Debtor, | Chapter 11 |
| CHARLESTON ASSOCIATES, LLC, | Adversary Case No.: 10-1452-LBR |
|    Plaintiff, | |
| vs. | 2:11-cv-02023-LDG-PAL |
| RA SOUTHEAST LAND COMPANY, LLC;<br>CITY NATIONAL BANK | **ORDER** |
|    Defendant. | |

The court hereby RECUSES from this case, and the Clerk of Court is DIRECTED to reassign it.

SO ORDERED.

DATED this 19th day of December, 2011.

_____
Lloyd D. George
United States District Judge