RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
Email: rholley@nevadafirm.com
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
Email: tedwards@nevadafirm.com
HOLLEY DRIGGS WALCH FINE
WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

LANCE N. JURICH, ESQ. *(Admitted Pro Hac Vice)*
California Bar No. 132695
Email: ljurich@loeb.com
LOEB *&* LOEB, LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067
Telephone:    310/282-2211
Facsimile:    310/919-3897
*Counsel for City National Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>CHARLESTON ASSOCIATES, LLC,<br>                  Debtor. | Bankruptcy Case No. BK-S-13-10499 |
| CHARLESTON ASSOCIATES, LLC,<br>                  Appellant,<br>vs.<br>RA SOUTHEAST LAND COMPANY, LLC; CITY NATIONAL BANK,<br>                  Appellees. | Case No.: 2:11-cv-02023-MMD-PAL<br>Ninth Circuit Court of Appeals No. 13-16698<br><br>On appeal from the United States Bankruptcy Court for the District of Nevada Adversary Case No.: 10-1452<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART CITY NATIONAL BANK'S MOTION FOR ATTORNEYS' FEES [ECF NO. 115]** |

This matter having come before the Court in accordance with an Order of the Ninth Circuit Court of Appeals pursuant 9th Circuit Rule 39-1.8 [ECF No. 110], pursuant to which City National Bank ("CNB") filed its Motion for Attorneys' Fees ("Motion for Attorneys' Fees") on March 16, 2016 [ECF No. 115], by and through its counsel of

record, Richard F. Holley, Esq. and F. Thomas Edwards, Esq., of the law firm of Holley Driggs Walch Fine Wray Puzey & Thompson (the "Holley Firm") and Lance M. Jurich, Esq., of the law firm of Loeb & Loeb, LLP (the "Loeb Firm"). The Court, having reviewed the Motion and all supporting exhibits and declarations attached thereto [ECF No. 115], pursuant to which CNB requested an award of attorneys' fees totaling $486,535.65 for attorneys' fees incurred through February 22, 2016; the Opposition to Motion by City National Bank for Attorneys' Fees and all supporting exhibits and declarations attached thereto filed by Charleston Associates, LLC, on April 4, 2016 [ECF No. 116]; CNB' Reply in Support of its Motion for Attorneys' Fees and all supporting exhibits and declarations attached thereto (the "Reply"), filed April 21, 2016 [ECF No. 122]; the Supplemental Declaration of Lance N. Jurich in Support of Motion for Attorneys' Fees and the supporting exhibits attached thereto, filed May 10, 2016 [ECF No. 127] (the "Jurich Declaration"), pursuant to which CNB requested an award of attorneys' fees totaling $39,006.90 with respect to the work done by the Loeb Firm in connection with the Reply; the Third Supplemental Declaration of Richard F. Holley, Esq. and the supporting exhibits attached thereto, filed May 10, 2016 [ECF No. 128] (the "Holley Declaration"), pursuant to which CNB requested an award of attorneys' fees totaling $14,546.00 for the work done by the Holley Firm after February 22, 2016 in connection with the Motion; and based upon the pleadings and papers on file herein; and based upon this Court's Order entered on March 28, 2017 [ECF No. 134], pursuant to which the Court found the attorneys' fees of CNB's counsel to be reasonable; and good cause appearing,

**IT IS HEREBY ORDERED** that CNB's Motion for Attorneys' Fees [ECF No. 115] is GRANTED to the extent set forth herein;

**IT IS FURTHER ORDERED** that CNB shall be awarded **$540,088.55** against Charleston Associates, LLC, which award is comprised of attorneys' fees totaling $486,535.60 requested in the Motion, attorneys' fees totaling $39,006.90 requested in the

1  Jurich Declaration, and attorneys' fees totaling $14,546.00 requested in the Holley
2  Declaration, which fees the Court finds to be reasonable; and
3  **IT IS FURTHER ORDERED** that CNB's request for the award of attorneys'
4  fees against New Boca Syndications Group ("NBSG") is DENIED, as this Court is not
5  the proper forum to enforce the $540,088.55 award against NBSG.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: _____

Prepared and submitted by:

**HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON**

  /s/ Richard F. Holley
RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

LANCE N. JURICH, ESQ. *(Pro Hac Vice)*
California Bar No. 132695
LOEB & LOEB, LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067
*Attorneys for City National Bank*

09525-14/13356806.2
014342-10119